**Fill in this information to identify the case:**

Debtor 1 : Lilybel Peralta-Sherriff

Debtor 2 : (Spouse, if filing) ______

United States Bankruptcy Court for the: Eastern District of: Pennsylvania

Case number: 26-12204-djb

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Carrington Mortgage Services, LLC

**Court Claim No. (if known):** 11

**Last 4 digits** of any number you use to identify the debtor's account: 2462

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: ______

## Part 1: Itemize Postpetition Fees, Expense, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | | Dates Incurred | | Amount |
|---|---|---|---|---|---|
| 1. | Late Charges | | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | | (2) $ | |
| 3. | Attorney fees | | 05/29/2026 | (3) $ | 200.00 |
| 4. | Filing fees and court costs | | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | | 07/28/2026 | (5) $ | 500.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) $ | |
| 7. | Property inspection fees | | | (7) $ | |
| 8. | Tax advances (non-escrow) | | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | | (9) $ | |
| 10. | Property preservation expenses. Specify: | | | (10) $ | |
| 11. | Other. Specify. | POC Form 410A | 07/28/2026 | (11) $ | 250.00 |
| 12. | Other. Specify. | | | (12) $ | |
| 13. | Other. Specify. | | | (13) $ | |
| 14. | Other. Specify. | | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Lilybel Peralta-Sherriff Case Number (if known) 26-12204-djb

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Mariana Ross
Signature

Date: 08/26/2026
MM/ DD / YYYY

Print: Mariana Ross
First Name Middle Name Last Name

Title: Authorized Agent

Company: Liepold, Harrison & Associates, PLLC

Address: 370 W. Las Colinas Blvd., Suite 220
Number Street

Irving TX 75039
City State ZIP Code

Contact Phone: 800-349-1254

Email: PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

***In Re:*** **Case No.** 26-12204-djb

Lilybel Peralta-Sherriff

**Debtor(s)** **Chapter 13**

## CERTIFICATE OF SERVICE

I hereby certify that on 08/26/2026, a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Mariana Ross
Mariana Ross
Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

***Debtor***

Lilybel Peralta-Sherriff
226 Glen Pl
Elkins Park, PA 19027-1703

***Debtor's Counsel***

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

***Trustee***

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

***U.S. Trustee***

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250
Irving, TX 75038 2494
Phone No: (682) 238-4458

## Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage Services, LLC

,

Re:
LILYBEL PERALTA SHERRIFF
226 GLEN PL
ELKINS PARK, PA 19027

| | |
|---|---|
| Invoice #: | LHA88318 |
| Invoice Status: | Check Confirmed |
| Input By: | Amanda Fabela |
| Date Submitted: | 6/9/2026 |
| Invoice Date: | 6/9/2026 |
| Vendor Ref #: | REF88318 |
| Vendor Code: | LIEPHA |

| | |
|---|---|
| Loan #: | [redacted] |
| Loan Type: | VA |
| Inv. ID / Cat. ID: | [redacted] |
| Cost Center: | |
| VA Case No: | [redacted] |
| GSE Code: | |
| GSE REO Rem. Code: | |
| Entity Code: | 0 |
| Original Mortgage Amount: | $0.00 |
| Litigation Status Code: | |
| Man Code: | |

| | |
|---|---|
| Payee Code: | 889394 |
| Type: | Non Judicial |
| Referral Date | 5/22/2026 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status | N/A |
| Relief Requested Date | N/A |
| Protection Begin Date | N/A |
| Protection End Date | N/A |
| HiType | |
| Class Code | |

| | |
|---|---|
| BK Case No: | 26-12204 |
| BK Chapter: | 13 |

Last Reviewed

| | |
|---|---|
| Invoice ID: | 366123316 |
| Asset Number: | |
| Outsourcer: | |

| SubmittedDate | 1st Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|
| 6/9/2026 | | | 6/9/2026 | 6/9/2026 | 6/12/2026 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | | 05/29/2026 | 1 | $400.00 | $400.00 | $0.00 | $400.00 |
| **Note:** | | | | | | | | |
| | | | | | | **$400.00** | **$0.00** | **$400.00** |
| **Total:** | | | | | | **$400.00** | **$0.00** | **$400.00** |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

None

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250
Irving, TX 75038 2494
Phone No: (682) 238-4458

## Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage Services, LLC

,

Re:
LILYBEL PERALTA SHERRIFF
226 GLEN PL
ELKINS PARK, PA 19027

| | |
|---|---|
| Invoice #: | LHA88319 |
| Invoice Status: | Check Confirmed(Exc) |
| Input By: | Tesia Benne |
| Date Submitted: | 8/10/2026 |
| Invoice Date: | 8/10/2026 |
| Vendor Ref #: | REF88319 |
| Vendor Code: | LIEPHA |

| | |
|---|---|
| Loan #: | [redacted] |
| Loan Type: | VA |
| Inv. ID / Cat. ID: | [redacted] |
| Cost Center: | |
| VA Case No: | [redacted] |
| GSE Code: | |
| GSE REO Rem. Code: | |
| Entity Code: | 0 |
| Original Mortgage Amount: | $0.00 |
| Litigation Status Code: | |
| Man Code: | |
| BK Case No: | 26-12204 |
| BK Chapter: | 13 |

| | |
|---|---|
| Payee Code: | 889394 |
| Type: | Non Judicial |
| Referral Date | 5/22/2026 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status | N/A |
| Relief Requested Date | N/A |
| Protection Begin Date | N/A |
| Protection End Date | N/A |
| HiType | |
| Class Code | |

Last Reviewed

Invoice ID: 368734127
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|
| 8/10/2026 | | | 8/11/2026 | 8/11/2026 | 8/14/2026 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 07/28/2026 | 1 | $825.00 | $825.00 | $0.00 | $825.00 |
| **Note:** | | | | | | | | |
| Attorney Fees - POC Form 410A | | | 07/28/2026 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| **Note:** | | | | | | | | |
| | | | | | | **$1,150.00** | **$0.00** | **$1,150.00** |

**Execution Date Time: 08/19/2026 01:47:54 PM**

| | | | |
|---|---|---|---|
| **Total:** | **$1,150.00** | **$0.00** | **$1,150.00** |

**Invoice Level Exceptions**

Exceeds Life of Loan Total Fees Allowable

**Invoice Level Comment**

Billing fees have been updated. Please reference the new financial matrix for 2026. Thank you!