# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Lilybel Peralta-Sherriff,<br><br>*Debtor*. | Case No. 26-12204<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on May 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 20, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service - First Class Mail

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Mohela/dofed
Po Box 300001
Greenville, TX 75403

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Target
c/o Financial & Retail Srvs Mailstop BT
POB 9475
Minneapolis, MN 55440

Carrington Mortgage Services
Attn: Bankruptcy
1600 S Douglass Rd Ste 200a
Anaheim, CA 92806-5948

USAA Federal Savings Bank
c/o Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
13010 Morris Rd Ste 450
Alpharetta, GA 30004-2001

Citibank N.A.
Attn: Bankruptcy
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Credit Collection Services
PO Box 607
Norwood, MA 02062

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Health
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

Macy's/ DSNB
Atytn: Bankruptcy 701 E. 60th Street North
Sioux Falls, SD 57104