IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lilybel Peralta-Sherriff
     Debtor,

Carrington Mortgage Services, LLC
     Movant.

v.

Lilybel Peralta-Sherriff
     Debtor/Respondent,

Kenneth E. West, Office of the Chapter 13
Standing Trustee, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
26-12204-djb

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Carrington Mortgage Services, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  June 1, 2026

BY: /s/ William E. Miller
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 26-073825

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lilybel Peralta-Sherriff
    Debtor,

Carrington Mortgage Services, LLC
    Movant.

v.

Lilybel Peralta-Sherriff
    Debtor/Respondent,

Kenneth E. West, Office of the Chapter 13
Standing Trustee, Trustee
    Additional Respondent.

BANKRUPTCY CASE NUMBER
26-12204-djb

CHAPTER 13

## CERTIFICATE OF SERVICE

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 1st day of June, 2026:

Lilybel Peralta-Sherriff
226 Glen Pl
Elkins Park, PA 19027-1703

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com - VIA ECF

/s/ William E. Miller
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com