United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Lilybel Peralta-Sherriff
Debtor

Case No. 26-12204-djb
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 13, 2026 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lilybel Peralta-Sherriff, 226 Glen Pl, Elkins Park, PA 19027-1703 |
| 15147454 | + | Carrington Mortgage Services, LLC, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| 15149614 | + | Carrington Mortgage Services, LLC, c/o William E. Miller, 985 Old Eagle School Road, Suite 514, Wayne, PA 19087-1712 |
| 15145353 | | Levi L. Sherriff, 226 Glen Pl, Elkins Park, PA 19027-1703 |
| 15145355 | + | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15145357 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15157046 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2026 01:49:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15145346 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2026 01:49:21 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15145348 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 14 2026 01:48:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd Ste 200a, Anaheim, CA 92806-5948 |
| 15145347 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 01:49:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15153401 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2026 01:49:23 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15169224 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 14 2026 01:48:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 15149364 | ^ | MEBN | Aug 14 2026 01:44:36 | Carrington Mortgage Services, LLC, 370 W. Las Colinas Blvd, Suite 220, Irving , TX 75039-5709 |
| 15145349 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:29 | Citibank N.A., Attn: Bankruptcy, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15145350 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2026 01:49:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 15145354 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:29 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15145351 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2026 01:48:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15145352 | + | Email/Text: BNCnotices@dcmservices.com | Aug 14 2026 01:48:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15168334 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 01:49:35 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15145356 | + Email/Text: RASEBN@raslg.com | Aug 14 2026 01:48:00 | Robertson, Anschutz, Schneid Crane & Partners, PLL, 6409 Congress Ave, Boca Raton, FL 33487-2853 |
| 15150845 | + Email/Text: RASEBN@raslg.com | Aug 14 2026 01:48:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15145358 | Email/Text: RASEBN@raslg.com | Aug 14 2026 01:48:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 13010 Morris Rd Ste 450, Alpharetta, GA 30004-2001 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lilybel Peralta-Sherriff help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD MILLER | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC wmiller@logs.com, logsecf@logs.com |

TOTAL: 5

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Lilybel Peralta−Sherriff<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−12204−djb<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 13, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court